UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JENNIFER DUCOTE ET AL** | **CASE NO. 6:23-CV-00544** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KINSALE INSURANCE CO ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 29] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Jennifer Ducote, Joiya Houston, Jerome Robertson, Jessica Anderson, Jeevithan Alagurajah, Jeanne Brown, Ursula Roberts, Kenny Ginto, Sharon Jones, Luke Horn, Diedre Horn, Torri Hebert, Darius Brown, Marcia Magette, Michael Ledoux, Ashley Browning, Lynn Laakkonen, Brad Freidenberger, and Arindam Sutradhar's (collectively, "Defendants") Motion To Remand [Doc. No. 9] is **GRANTED** and, accordingly, that Plaintiffs' suit is **REMANDED** to the Fifteenth Judicial District Court for the Parish of Lafayette, Louisiana.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants Bayou Oaks Apartments, LLC, and First Choice Management, LLC's Motion For Leave To Conduct Jurisdictional Discovery [Doc. No. 15], entitled Defendants' Response to

Plaintiffs' Motion to Remand and Incorporated Motion for Leave to Conduct Jurisdictional Discovery, is **DENIED AS MOOT.**

**MONROE, LOUISIANA**, this 23rd day of August, 2023.

_____
Terry A. Doughty
United States District Judge